██ In the Matter of NASTRI REAL ESTATE, LLC, Doing Business as KELLER WILLIAMS REALTY SYRACUSE, Respondent-Appellant, v DOLORES BEBLO, Appellant-Respondent. (Appeal No. 1.) [946 NYS2d 515]—

LORES BEBLO, Respondent. (Appeal No. 2.) [946 NYS2d 516]—Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered September 15, 2011. The order, among other things, denied petitioner's request for attorneys' fees and costs.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Nastri Real Estate, LLC v Beblo* (96 AD3d 1476 [2012]). Present—Scudder, P.J., Centra, Fahey, Peradotto and Sconiers, JJ.